IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WALTER LAMAR, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. CIV-19-358-PRW |
| RICK WHITTEN, Warden, | ) ) ) | |
| Respondent. | ) | |

## ORDER

On April 23, 2019, United States Magistrate Judge Gary Purcell issued a Report and Recommendation in this action. The Magistrate Judge recommended that Petitioner's motion for leave to proceed *in forma pauperis* (Dkt. 2) be denied and the action be dismissed without prejudice unless Petitioner paid the full filing fee by May 13, 2019. Petitioner was advised of his right to object to the Report and Recommendation by May 13, 2019. A review of the file reveals that while Petitioner has filed no objection, he paid the filing fee on May 7, 2019.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation (Dkt. 6) issued by the Magistrate Judge on April 23, 2019;

(2) DENIES Petitioner's motion to proceed *in forma pauperis*; and

(3) RECOMMITS this action to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED this 10th day of May, 2019.**

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE