IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WALTER LAMAR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-19-358-PRW |
| ) | |
| RICK WHITTEN, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On July 12, 2019, the United States Magistrate Judge issued a Supplemental Report and Recommendation in this matter (Dkt. 15) recommending that the Court grant Respondent's Motion to Dismiss (Dkt. 12). The parties were advised of their right to object by August 1, 2019,[1] but neither did so. Upon a de novo review of the record, the Court concurs with the Magistrate Judge's factual findings and legal conclusions. Accordingly, the Court **ADOPTS** the Report and Recommendation (Dkt. 15) and **GRANTS** Respondent's Motion to Dismiss (Dkt. 12).

**IT IS SO ORDERED this 22nd day of October, 2019.**

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[1] *See* Report and Recommendation (Dkt. 15) at 7.